UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARQUIS L. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CV424-274 |
| | ) |
| MAERSK LINE, LIMITED-USA, | ) |
| d/b/a MAERSK LINE, LIMITED, | ) |
| and MAERSK SELETAR TRUST, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties jointly move to substitute Maersk Line, Limited as a Party-Defendant in place of the currently named Defendants Maersk Line, Limited-USA d/b/a Maersk Line Limited and Maersk Seletar Trust, to reflect "the correct entity that was the owner pro hac vice" of the subject vessel at the time of the incident that gives rise to Plaintiff's Complaint. Doc. 11 at 1. The parties cite to Rules 1, 15, 17, 19, and 21 of the Federal Rules of Civil Procedure to support their request for relief. *Id.* The Court construes the motion as a motion to amend Plaintiff's Complaint with written consent pursuant to Fed. R. Civ. P. 15(a)(2).

The parties filed the motion on February 6, 2025, within the deadline to amend pleadings or add parties. *See* doc. 10 (Scheduling Order). Having reviewed the motion and for good cause shown, the Court **GRANTS** the parties' Joint Consent Motion for Substitution of Parties, doc. 11. Plaintiff is **DIRECTED** to file his Amended Complaint within 7 days of this Order. Plaintiff's Amended Complaint will supersede Plaintiff's original Complaint, doc. 1-1 at 1-9, so it must be complete in itself. Upon the filing of the Amended Complaint, the Clerk is **DIRECTED** to terminate any defendant not named in the amended pleading.

Counsel for Defendants, who also serves as counsel for Maersk Line, Limited, has agreed to accept service of process on behalf of Maersk Line, Limited, to prevent any unnecessary effort or expense by Plaintiff. Doc. 11 at 2. Nonetheless, Plaintiff is reminded of his obligation to serve his Amended Complaint in accordance with Fed. R. Civ. P. 4(m).

**SO ORDERED**, this 11th day of February, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA